No. —, original. EX PARTE NORTHERN PACIFIC R. CO., BY SCHMIDT ET AL. October 9, 1939. Motion for leave to file petition for writ of mandamus denied.

No. —. NORTHERN PACIFIC R. CO., BY SCHMIDT ET AL. v. UNITED STATES ET AL.; and

No. —. SCHMIDT ET AL. v. UNITED STATES ET AL. October 9, 1939. The applications for the allowance of appeals presented to MR. JUSTICE REED and referred by him to the Court are denied. Reported below: 102 F. 2d 589.

No. —, original. OKLAHOMA EX REL. WILLIAMSON, ATTORNEY GENERAL OF OKLAHOMA, v. WOODRING, SECRETARY OF WAR. October 9, 1939. A rule is ordered to issue, returnable within forty days, requiring the defendant to show cause why leave to file the Bill of Complaint should not be granted. The Court directs the attention of the Attorney General of the United States to this case in which the complainant seeks to restrain the enforcement of an act of Congress upon the ground that it is repugnant to the Constitution of the United States.

No. 10, original, October Term 1935. WYOMING v. COLORADO. October 9, 1939. A rule is ordered to issue, returnable within forty days, requiring the defendant to show cause why leave to file the petition for rule to show cause should not be granted.

No. 201. BUCKSTAFF BATH HOUSE Co. v. MCKINLEY, COMMISSIONER, ET AL. October 9, 1939. The appeal is dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat.